UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 85-701-CR-SPELLMAN

UNITED STATES OF AMERICA

vs.

ALBERTO AQUDELO-RODRIGUEZ,

        Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Florida hereby dismisses the Indictment against defendant ALBERTO AQUDELO-RODRIGUEZ, in this case without prejudice for the reason that this case against this defendant is no longer viable for prosecution.

                                              Respectfully submitted,

                                              JUAN ANTONIO GONZALEZ
                                              UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: _Nov. 3, 2022_                 _Cecilia M. Altonaga_
                                         HON. CECILIA M. ALTONAGA
                                         CHIEF UNITED STATES DISTRICT JUDGE

cc:    U.S. Attorney (Lynn Kirkpatrick, AUSA)
       U.S. Marshal